# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, CELGENE INTERNATIONAL SÁRL, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 23-cv-1008-JLH (consolidated) |

## CONSENT JUDGMENT AND ORDER OF DISMISSAL

Plaintiffs Celgene Corporation, Celgene International Sárl, and Bristol-Myers Squibb Company (collectively, "Plaintiffs"), and Defendant Teva Pharmaceuticals, Inc. ("Teva"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows. This Consent Judgment and Order of Dismissal applies only to the action between Plaintiffs and Teva (C.A. Nos. 23-cv-1008-JLH). It does not apply to the action between Plaintiffs and Natco Pharma Ltd. (C.A. No. 23-cv-1019-JLH) that has been consolidated with the Teva action. The action between Plaintiffs and Natco shall remain pending before this Court.

IT IS this 30th day of April, 2024:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

1

2. As used in this Consent Judgment, the term "Teva ANDA Product" shall mean 200 mg and 300 mg azacitidine tablets manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 218751 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 8,846,628 and 11,571,436.

4. Until expiration of the Patents-in-Suit, Teva, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Teva ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise permitted by agreement of the Parties, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any azacitidine-containing drug product that references New Drug Application 214120 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Plaintiffs.

5. Compliance with this Consent Judgment may be enforced by Plaintiffs and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7.   All claims, counterclaims, affirmative defenses, motions and demands in this action that are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8.   Nothing herein prohibits or is intended to prohibit Teva from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit or any other patent.

9.   Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 218751 or the Teva ANDA Product.

10.  Nothing herein prohibits or is intended to prohibit Teva from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

| | |
|---|---|
| Dated: April 29, 2024 | Respectfully submitted, |
| FARNAN LLP | SHAW KELLER LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiffs Celgene Corporation, Celgene International Sàrl, and Bristol-Myers Squibb Company* | *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

_____
The Honorable Jennifer L. Hall
United States District Judge