# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, CELGENE INTERNATIONAL SÁRL, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No. 23-cv-1008-JLH (consolidated) |
| CELGENE CORPORATION,<br>CELGENE INTERNATIONAL SÁRL., AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>NATCO PHARMA LTD.,<br><br>    Defendant. | C.A. No. 23-cv-1019-JLH |

## **CONSENT JUDGMENT AND ORDER OF DISMISSAL**

Plaintiffs Celgene Corporation, Celgene International Sárl, and Bristol-Myers Squibb Company (collectively, "Plaintiffs"), and Defendant Natco Pharma Ltd. ("Natco"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this __29th__ day of __May__, 2024:

ORDERED, ADJUDGED, AND DECREED as follows:

1.  This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

2.  As used in this Consent Judgment, the term "Natco ANDA Product" shall mean 200 mg and 300 mg azacitidine tablets manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 218696 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3.  As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 8,846,628 and 11,571,436.

4.  Until expiration of the Patents-in-Suit, Natco, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Natco ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Plaintiffs, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any azacitidine-containing drug product that references New Drug Application 214120 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Plaintiffs.

5. Compliance with this Consent Judgment may be enforced by Plaintiffs and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses, motions and demands in this action that are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit Natco from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit or any other patent.

9. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 218696 or the Natco ANDA Product.

10. Nothing herein prohibits or is intended to prohibit Natco from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

Dated: May 23, 2024

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green
James S. Green (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600
jsgreen@svglaw.com

*Attorneys for Defendant Natco Pharma Ltd.*

*Attorneys for Plaintiffs Celgene Corporation,
Celgene International Sàrl, and Bristol-Myers
Squibb Company*

_____
Honorable Jennifer L. Hall
U.S. District Judge